RICHARD APPIER, Respondent, *v.* GERTRUDE T. MILLION et al., a
Partnership Doing Business under the Name of THORNTON
COMPANY, et al., Appellants.

Argued May 23, 1949; decided June 3, 1949.

*Charles S. Wilcox* and *Frank L. D'Arcy* for appellants.
*Charles J. Engel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.